# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN NEAL, DAVID ROBINSON, RODNEY SUTTON, and BRAD GOODYEAR,** | : | No. 3:14cv462 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **AIR DRILLING ASSOCIATES, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 16th day of January 2015, it is hereby **ORDERED** as follows:

1. Plaintiffs' motion for certification of a collective action of similarly situated persons pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b), (Doc. 26), is **GRANTED**;

2. Plaintiffs are **DIRECTED** to file a proposed notice form within seven days of the date of this Order;

3. Defendants are **DIRECTED** to file objections, if any, to plaintiffs' proposed notice form within seven days of its filing; and

4. Within fourteen days of this Order, defendant shall provide plaintiffs with the names and last known addresses of all non-exempt field employees who have worked for defendant during any time within the three years prior to the date this action was filed.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**